UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:20-cv-11283 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff President and Fellows of Harvard College states that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PRESIDENT AND FELLOWS OF
　　　　　　　　　　　　　　　　　　　HARVARD COLLEGE

　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　/s/ Felicia H. Ellsworth
　　　　　　　　　　　　　　　　　　Felicia H. Ellsworth (BBO #665232)
　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering
　　　　　　　　　　　　　　　　　　　Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　Tel: (617) 526-6687
　　　　　　　　　　　　　　　　　　Fax: (617) 526-5000
　　　　　　　　　　　　　　　　　　felicia.ellsworth@wilmerhale.com
　　　　　　　　　　　　　　　　　　Dated: July 8, 2020