**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE; and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> Defendants. | Civil Action No. 1:20-cv-11283 |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

The Court hereby **ORDERS** Defendants to refrain from implementing their July 6, 2020 Directive, and to refrain from promulgating any rule implementing the policy set out in that document, for fourteen days. The Court further **ORDERS** Defendants to continue to comply with ICE's March 13 Guidance.

**SO ORDERED.**

_____
United States District Judge

Boston, Massachusetts
Date: _____