UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE; and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Civil Action No. 1:20-cv-11283 |

**DECLARATION OF FELICIA H. ELLSWORTH IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Felicia H. Ellsworth, hereby declare:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and this Court, and am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I represent Plaintiffs President and Fellows of Harvard College and the Massachusetts Institute of Technology in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a document entitled Broadcast Message: Coronavirus Disease 2019 (COVID-19) and Potential Procedural Adaptations for F and M Nonimmigrant Students, issued by the Student and Exchange Visitor

Program of the United States Immigration and Customs Enforcement ("SEVP"), and dated March 9, 2020.

      3.    Attached hereto as **Exhibit 2** is a true and correct copy of a document entitled COVID-19: Guidance for SEVP Stakeholders, issued by SEVP, and dated March 13, 2020.

      4.    Attached hereto as **Exhibit 3** is a true and correct copy of a document entitled Broadcast Message: COVID-19 and Fall 2020, issued by SEVP, and dated July 6, 2020.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2020, in Boston, Massachusetts.

                                                */s/ Felicia H. Ellsworth*
                                               Felicia H. Ellsworth (BBO #665232)
                                               WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                               60 State Street
                                               Boston, MA 02109
                                               Tel.: (617) 526-6687
                                               Fax: (617) 526-5000
                                               felicia.ellsworth@wilmerhale.com

                                               *Attorney for President and Fellows of Harvard College and Massachusetts Institute of Technology*