**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE; and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>      Defendants. | Civil Action No. 1:20-cv-11283 |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of my appearance as counsel for Plaintiffs in the above-captioned action.

Dated: July 8, 2020

Respectfully submitted,

*/s/ Mark C. Fleming*
Mark C. Fleming (BBO #639358)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000 (t)
(617) 526-5000 (f)
mark.fleming@wilmerhale.com