**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE; and
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

      Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; CHAD F. WOLF, in his
official capacity as Acting Secretary of the
United States Department of Homeland
Security; and MATTHEW ALBENCE, in his
official capacity as Acting Director of U.S.
Immigration and Customs Enforcement,

      Defendants.

Civil Action No. 1:20-cv-11283-ADB

**ORAL ARGUMENT SCHEDULED
JULY 14, 2020 3:00 PM**

**NOTICE OF CONVERSION AND
MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a) and 5 U.S.C. §§ 705 and 706, and as

discussed during the July 10, 2020 status conference, Plaintiffs hereby provide notice to the Court

and all parties of their intent to convert these proceedings into preliminary injunction proceedings

and hereby move for a preliminary injunction prohibiting Defendants from enforcing the policy

announced in United States Immigration and Customs Enforcement's July 6, 2020 Directive

(ECF No. 1-1) and from promulgating that policy as a Final Rule during the pendency of this

litigation.

The grounds for Plaintiffs' motion are set out in the memorandum, declarations, and

exhibits filed in support of Plaintiffs' Motion For A Temporary Restraining Order (ECF Nos. 4,

5, 6, 7, 8, and 9).  Specifically, the Directive is contrary to law, arbitrary and capricious, and an abuse of discretion.  5 U.S.C. § 706.  It is also procedurally defective under the Administrative Procedure Act.  *Id.* § 553.  Plaintiffs will suffer immediate and irreparable harm in the absence of the requested relief.

Plaintiffs ask the Court to enter an order enjoining Defendants, their officers, agents, and employees, and anyone acting under their authorization or direction, or in concert with them, including other federal agencies and federal contractors, from implementing or enforcing the July 6, 2020 Directive, including at all U.S. borders and ports of entry, and in the processing of visas, and with respect to all visa holders and applicants affected by the Directive, wherever located.

A proposed preliminary injunction is attached.

Dated:  July 10, 2020                              Respectfully submitted,


                                                   /s/ Felicia H. Ellsworth
                                                   William F. Lee (BBO #291960)
                                                   Mark C. Fleming (BBO #639358)
                                                   Felicia H. Ellsworth (BBO #665358)
                                                   Michelle Liszt Sandals (BBO #690642)
                                                   WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                   60 State Street
                                                   Boston, MA 02109
                                                   Telephone: (617) 526-6000
                                                   E-mail:  felicia.ellsworth@wilmerhale.com

                                                   Seth P. Waxman (*pro hac vice*)
                                                   Paul R.Q. Wolfson (*pro hac vice*)
                                                   Ari Holtzblatt (*pro hac vice*)
                                                   Alex Hemmer (*pro hac vice* pending)
                                                   WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                   1875 Pennsylvania Avenue, N.W.
                                                   Washington, D.C. 20006
                                                   Telephone: (202) 663-6000

                                                   *Attorneys for Plaintiffs*

## RULE 7.1(A)(2) CERTIFICATE

I, Felicia H. Ellsworth, hereby certify that on July 10, 2020, counsel for Plaintiffs provided notice to and attempted to confer in good faith with counsel for the Defendants to discuss whether it would be possible to resolve or narrow the issues that this Motion presents.

/s/ Felicia H. Ellsworth
FELICIA H. ELLSWORTH

## CERTIFICATE OF SERVICE

I, Felicia H. Ellsworth, counsel for Plaintiffs, hereby certify that this document has been filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Felicia H. Ellsworth
FELICIA H. ELLSWORTH