# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>*Plaintiffs*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civil Action No. 20-cv-11283-ADB |

## ASSENTED TO MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(e)(2) of the Local Rules of the United States District Court for the District of Massachusetts, Sarah E. Walters of the law firm of McDermott Will & Emery LLP, a member of the bar of this Court, respectfully moves that:

> Sarah P. Hogarth, Esq.
> MCDERMOTT WILL & EMERY LLP
> 500 North Capitol Street NW
> Washington, D.C. 20001
> (202) 756-8354
> shogarth@mwe.com

a member of the bar of the District of Columbia, be granted leave to appear and practice in this Court in the above-captioned action as counsel for *amicus curiae* the Presidents' Alliance on Higher Education and Immigration. Attached to this Motion as Exhibit 1 is a certification stating that (1) attorney Sarah P. Hogarth is a member of the bar of the District of Columbia and in good standing in every jurisdiction in

which she has been admitted to practice; (2) there are no disciplinary proceedings against her as a member of the bar in any jurisdiction; (3) she has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and (4) she has read and agrees to comply with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, *amicus curiae* the Presidents' Alliance on Higher Education and Immigration, through its counsel Sarah E. Walters, respectfully requests that the Court allow this Motion to Appear *Pro Hac Vice* for attorney Sarah P. Hogarth.

Dated: July 10, 2020

Respectfully submitted,

/s/ Sarah E. Walters
Sarah E. Walters (BBO #638378)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
Tel. (617) 535-4031
Fax (617) 535-3800
sewalters@mwe.com

*Counsel for* Amicus Curiae
*The Presidents' Alliance on Higher Education and Immigration*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for *amicus curiae* has conferred with counsel for the parties in a good faith effort to narrow or resolve the issues in this motion. The parties assent to this motion.

/s/ Sarah E. Walters

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I caused the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ <u>*Sarah E. Walters*</u>