IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE and
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY
　　　　　　　*Plaintiffs*,                                    No.  20-cv-11283-ADB


　　　v.


UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,
　　　　　　*Defendants*.

## ASSENTED-TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, and with the assent of the defendants, undersigned counsel respectfully moves for admission, pro hac vice, of attorneys Thomas I. Vanaskie, Michael A. Cedrone, Geoffrey R. Johnson, and Bradley L. Mitchell, as lead counsel for proposed Amicus, Princeton Theological Seminary.

The required certifications are attached as Exhibits 1 (Vanaskie), 2 (Cedrone), 3 (Johnson), and 4 (Mitchel).

Respectfully submitted,

PRINCETON THEOLOGICAL SEMINARY
By its attorney,


　　　*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 13, 2020.

*/s/ William Fick*