# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE and MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br>    *Defendants*. | No.  20-cv-11283-ADB |

## LOCAL RULE 83.5.3 CERTIFICATION OF THOMAS I. VANASKIE

I, THOMAS I. VANASKIE, hereby certify the following:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

2. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct;

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn under the pains and penalties of perjury on this 12th day of July, 2020.

/s/ Thomas I. Vanaskie
_____
Hon. Thomas I. Vanaskie (Ret.)
**STEVENS & LEE**
A Stevens & Lee/Griffin Company
1818 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 568-7560
tiv@stevenslee.com

*Attorneys for Amicus Curiae,*

*Princeton Theological Seminary*