UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE; and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-11283-ADB |

## NOTICE OF APPEARANCE

Pursuant to Local Rule of the United States District Court for the District of Massachusetts 83.5.2, the undersigned counsel hereby gives notice of his appearance of counsel for proposed Amicus Curiae 26 Cities and Counties.

Respectfully submitted,

*Amicus Curiae*, CITY OF BOSTON,

Eugene O'Flaherty,
Corporation Counsel

By his attorneys,

/s/ Adam Cederbaum
BBO No. 661549
Assistant Corporation Counsel
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
(617) 635-4034
adam.cederbaum@boston.gov

Dated: July 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Adam Cederbaum
Adam Cederbaum

Date   July 13, 2020