IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　*Plaintiffs*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　*Defendants*. | Civil Action No. 20-cv-11283-ADB |

**MOTION FOR ADMISSION *PRO HAC VICE***

　　　　I, Elisabeth Oppenheimer, a member in good standing of the bar of this Court, hereby moves pursuant to Local Rule 83.5.3(e) for the admission of Joshua Rosenthal to practice *pro hac vice* to appear as counsel for *amici curiae* American Federation of Teachers (AFT), Communications Workers of America (CWA), Service Employees International Union (SEIU), and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW).

　　　　As set forth in the accompanying certification, Joshua Rosenthal certifies that he (1) is a member of the bar in good standing in every jurisdiction in which the attorney has been admitted to practice; (2) is not the subject of disciplinary proceedings pending in any jurisdiction in which the attorney is a member of the bar; (3) has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and (4) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

|  |  |
|---|---|
| Dated: July 13, 2020 | Respectfully submitted, |
|  | */s/ Elisabeth Oppenheimer*<br>Elisabeth Oppenheimer (BBO # 686312)<br>BREDHOFF & KAISER, P.L.L.C.<br>805 15th St., N.W.<br>Ste. 1000<br>Washington, D.C. 20005<br>(202) 842-2600<br>eoppenheimer@bredhoff.com |
|  | *Counsel for Amici Curiae*<br>*AFT, CWA, SEIU, UAW* |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that I conferred with counsel for the defendants in a good faith effort to narrow or resolve the issues in this motion. The government does not oppose the motion.

*/s/ Elisabeth Oppenheimer*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I caused the foregoing motion and certification to be electronically filed with the Clerk of the Court using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Elisabeth Oppenheimer*
