IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:20-cv-11283-ADB |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that attorney William D. Dalsen, of the law firm Proskauer Rose LLP, enters his appearance on behalf of *amici curiae* New York University, University of Rochester, Icahn School of Medicine at Mount Sinai, Glendale Community College, Cabrillo College, The Catholic University of America, San Diego Community College, The Cooper Union for the Advancement of Science & Art, Rider University, Santa Rosa Junior College, the Art Center College of Design, the Coast Community College District, the Southern California Institute of Architecture, the South Orange County Community College District, and the Manhattan School of Music in this matter and consents to electronic service of all papers in this action.

Dated: July 13, 2020                     Respectfully submitted,

*/s/ William D. Dalsen*
William D. Dalsen (BBO #689334)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone: (617) 526-9600
Fax: (617) 526-9899
wdalsen@proskauer.com

*Attorneys for Amici Curiae New York University, University of Rochester, Icahn School of Medicine at Mount Sinai, Glendale Community College, Cabrillo College, The Catholic University of America, San Diego Community College, The Cooper Union for the Advancement of Science & Art, Rider University, Santa Rosa Junior College, the Art Center College of Design, the Coast Community College District, the Southern California Institute of Architecture, the South Orange County Community College District, and the Manhattan School of Music*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, the foregoing was filed electronically with the clerk of Court, to be served upon counsel of record by operation of the Court's electronic filing system.

*/s/ William D. Dalsen*
William D. Dalsen