**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                                    )
**PRESIDENT AND FELLOWS OF**              )
**HARVARD COLLEGE; and**                      )
**MASSACHUSETTS INSTITUTE OF**         )
**TECHNOLOGY,**                                         )
                                                                    )
**Petitioners-Plaintiffs,**                                )
                                                                    )   Civil Action No. 20-cv-11283-ADB
    v.                                                             )
                                                                    )
**UNITED STATES DEPARTMENT**              )
**OF HOMELAND SECURITY, et. al.**          )
                                                                    )
**Respondents-Defendants,**                          )
_____ )

**DEFENDANTS' ASSENTED TO MOTION FOR LEAVE**
**TO FILE BRIEF IN EXCESS OF 20 PAGES**

Defendants move this Court to file a brief in excess of twenty (20) pages in support of their Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. As grounds therefore, Defendants state that in an attempt to explain the background of the Student and Exchange Visitor Information System, the Opposition exceeded the page limit by two pages, not including counsel's signature block.

Accordingly, Defendants move this Court to file a brief in excess of twenty (20) pages.

                    Respectfully submitted,

                    ANDREW E. LELLING,
                    United States Attorney

By:   */s/ Rayford A. Farquhar*
       Rayford A. Farquhar
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
       Rayford.farquhar@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel asserts that he has conferred with counsel for Plaintiffs, William Lee, regarding this Motion and he assented to the allowance of this Motion.

                    */s/ Rayford A. Farquhar*
                    Rayford A. Farquhar
Dated: July 13, 2020          Assistant U.S. Attorney