UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE; et al,

      Plaintiffs,                Civil Action No. 1:20-cv-11283

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al,.

      Defendant.

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF UNITED CHINESE AMERICANS, INC, IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

    United Chinese Americans, Inc., (UCA) through the undersigned Counsel, respectfully moves the Court for leave to file an Amicus Curiae Brief in Support of Plaintiff's Motion for a Temporary Restraining Order. In support of this motion, United Chinese Americans state as follows;

    1. UCA is a community-based civic movement and federation, dedicated to the enrichment and empowerment of the Chinese American community in the United States. UCA is a nonpartisan, non-government affiliated coalition with a growing number of chapters, partners and affiliates throughout the United States.

    2. Founded in September 2016 at the inaugural Chinese American Convention, UCA was formally incorporated and received IRS 501(c)(3) nonprofit status in 2017. UCA has since grown into a national federation with 12 chapters and over 30 community partners. Currently, UCA has chapters in the following cities or states: Atlanta, Connecticut, Illinois, Iowa,

Massachusetts, Nevada, New Jersey, New York City, San Francisco, Washington State, West Virginia, and Wisconsin.

3. UCA supports the 370,000 Chinese students currently studying in the United States. There are more foreign students studying in the United States from China than from any other country in the world. Members of UCA include Chinese American citizens in business and academic institutions, and many studied in the United States as foreign students. The experience of UCA members will assist the Court to understand the impact of the challenged directive on foreign students from China.

4. The parties to this action have not provided any financial support for the preparation of the brief on behalf of UCA.

5. The offered brief meets the guidelines regarding length as established by the Court in the order of July 10, 2020 (Dk. #14).

                                                                       Respectfully submitted,

                                                                        /s/ David P. Shouvlin
                                                                        David P. Shouvlin (555779)
                                                                        Porter Wright Morris & Arthur LLP
                                                                        41 South High Street
                                                                        Suites 2800 - 3200
                                                                        Columbus, OH 43215
                                                                        614.227.2045
                                                                        dshouvlin@porterwright.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave To File Amicus Curiae Brief of United Chinese Americans, Inc. in Support of Plaintiffs was filed on July 13, 2020 by use of the Court's ECF filing system and served by ECF to all parties of record.

      /s/ *David P. Shouvlin*
      David P. Shouvlin
      Attorney for United Chinese Americans, Inc.
      Amicus Curiae

13474123v1