UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE; and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>*Defendants*. | Civil Action No. 1:20-cv-11283-ADB |

**NOTICE OF APPERANCE OF MATTHEW S. SHAPANKA**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of my appearance as counsel for *amicus curiae* American Physical Society in the above-captioned action.

Date:  July 13, 2020

Respectfully submitted,

*s/ Matthew S. Shapanka*
Matthew S. Shapanka (BBO# 690394)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
mshapanka@cov.com

1