# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE; et al,

        Plaintiffs,        Civil Action No. 1:20-cv-11283

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et all.

        Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provision in the Federal Rules of Civil Procedure Rule 7.1: "A nongovernmental corporate party must file 2 copies of a disclosure statement identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or states that there is no such corporation. A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Amicus Curiae United Chinese Americans, Inc.**

1. Is said party a parent, subsidiary, or other affiliate of a publicly owned corporation?

      _____ Yes      \_\_X\_\_ No

If the answer is Yes, list below the identity of the parent, subsidiary, or other affiliate corporation and the relationship between it and the name party:  N/A

2.	Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

_____ Yes          __X__ No

If the answer is YES, list the identity of such corporation and the nature of the financial interest. N/A

Respectfully submitted

/s/ David P. Shouvlin
David P. Shouvlin (Ma Bar. No. 555779)
Porter Wright Morris & Arthur LLP
41 South High Street
Suites 2800 - 3200
Columbus, OH 43215
614.227.2045
dshouvlin@porterwright.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2020 a copy of the foregoing was filed electronically with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

      /s/ *David P. Shouvlin*

David P. Shouvlin
Attorney for United Chinese Americans, Inc. Amicus Curiae

13474273v1