**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE; and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Civil Action No. 1:20-cv-11283-ADB |

**[PROPOSED] ORDER**

Plaintiffs' motion for leave to file a reply in support of their motion for a preliminary injunction is hereby **GRANTED**.  Counsel shall file the reply brief.

**SO ORDERED.**

_____
HON. ALLISON D. BURROUGHS
United States District Judge

Boston, Massachusetts
Date: _____