AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President and Fellows of Harvard College, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-11283-ADB |
| U.S. Department of Homeland Security, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

26 Cities and Counties as Amici Curiae.

Date: 07/15/2020

/s/ Danielle Goldstein
*Attorney's signature*

DANIELLE GOLDSTEIN, SBN 257486
*Printed name and bar number*
OFFICE OF THE LOS ANGELES CITY ATTORNEY
200 North Spring Street, 14th Floor
Los Angeles, CA 90012

*Address*

Danielle.Goldstein@lacity.org
*E-mail address*

(213) 978-1882
*Telephone number*

(213) 978-2286
*FAX number*